## (July 31, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CRAIG A. BENNETT, Appellant, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent. — Application for writ of habeas corpus and for other relief denied. Sweeney, J.P., Casey, Kane, Yesawich, Jr., and Weiss, JJ., concur.